

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-15-00005-CV

**IN RE ESTATE OF JACK HIROMI IKENAGA**, Sr., Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on February 3, 2015. *See* TEX. R. APP. P. 35.1. On February 4, 2015, this court granted court reporter Cheryl Hester's request for an extension of time to file the record until March 6, 2015, for an extension of thirty-one days.

On the due date, court reporter Cheryl Hester filed a second request for an extension of time to file the reporter's record until March 13, 2015. The request is GRANTED. The reporter's record must be filed with this court by March 13, 2015. *See id.* R. 35.3(c).

If the reporter's record is not filed with this court by March 13, 2015, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court